Eight West Thirtieth Street Corp., Respondent, v. Zelart Drug Co., Inc., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

Michael Gusko, Jr., Plaintiff, v. Walter Hand et al., as Trustees of Composition Roofers Damp and Water Proof Workers Association, Local Union No. 8 Insurance Trust Fund, Appellants. Max M. Hirson et al., Respondents.— No opinion. Present—Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of Glebe Juniors, Inc., Appellant. Radley Zucker, Inc., Respondent, et al., Defendants.— Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [199 Misc. 934.]

Irene Thalheim, Respondent, v. Melville Thalheim, Appellant.— No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

Irene Thalheim, Respondent, v. Melville Thalheim, Appellant.— No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

Larry Silberberg, as Trustee under an Agreement between Flo Luxenberg and Others and Eagle Converting Company, a Partnership, Respondent, v. Ruth Lipton, as Executrix of Conrad Lipton, Deceased, et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

Mutual Life Insurance Company of New York, Respondent, v. Tailored Woman, Inc., Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.